AO 245H (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT
### District of Colorado

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For a Petty Offense) — Short Form |
| JULIAN PENA ALVAREZ | Case No. 10-po-00019-GJR |
| | USM No. |
| | Steve Laiche |
| | Defendant's Attorney |

**THE DEFENDANT:**

☑ **THE DEFENDANT** pleaded guilty to count(s)   One - Superseding Information

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 13 and C.R.S. § 42-2-101(1) | Driving without a Valid Drivers License | 03/05/2010 | 1 |

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court.

|  | **Assessment** | **Fine** |
|---|---|---|
| Total: | $ 10.00 | $ 150.00 |

Last Four Digits of Defendant's Soc. Sec. No.: _____

Defendant's Year of Birth: 1986

City and State of Defendant's Residence:
Parachute, CO 81635

11/08/2010
Date of Imposition of Judgment

/s/ Gudrun Rice
Signature of Judge

Gudrun J. Rice          Magistrate Judge
Name and Title of Judge

11/08/2010
Date